IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GLORIA MACHADO, AS NEXT FRIEND OF ANTHONY T. MACHADO and MANLIO AMAYA, INDIVIDUALLY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF IVAN A. AMAYA, DECEASED<br><br> *Plaintiff,*<br><br>V.<br><br>XPEDITE LOGISTICS, LLC, CRETE CARRIER CORPORATION D/B/A SHAFFER TRUCKING, RONALD ANTHONY BEASLEY, and JAMES ELY, JR.<br><br> *Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CAUSE NO. 18-282<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## DEFENDANTS' NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Crete Carrier Corporation, Defendant herein, and files this Notice of Removal, removing this case to federal court under 28 U.S.C. §§ 1332, 1441 and 1446, and in support there of, would show as follows:

### A. Introduction

1. This lawsuit arises out of an alleged motor vehicle accident. The accident is alleged to have occurred in Denton, Denton County, Texas. (Plaintiff's Original Petition, p. 4, ¶13.)

2. Plaintiffs are citizens of the State of Texas.

3. Plaintiffs have named two trucking companies, including Crete Carrier as Defendants. Neither is a Texas citizens. Plaintiffs have also named two drivers as Defendants. Neither is a Texas citizen.

4. Plaintiffs' pleadings state that they seek relief of $5,000,000.00 in this case. (Plaintiff's Original Petition, p. 18, ¶51.A.)

5. Thus, there is diversity of citizenship among the parties and Defendant Crete Carrier, as the only Defendant to have been named and served, removes this case to federal court under 28 U.S.C. §§ 1332, 1441 and 1446.

### B. Basis for Removal

6. Removal is proper under 28 U.S.C. §§ 1332, 1441 and 1446 because there is complete diversity of citizenship and the amount in controversy exceeds $75,000 and this removal is filed within 30 days after the service on Defendants.

7. There is complete diversity of citizenship as follows:

(a) Plaintiffs are Texas citizens. *See Freeman v. Northwest Acceptance Corp.*, 754 F.2d 553, 555-56 (5th Cir. 1985).

(b) Defendant Crete Carrier Corporation is corporation organized and exiting under the laws of the State of Nebraska, with its principal place of business in Lincoln, Nebraska. Thus, it is a citizen of Nebraska and diverse from Plaintiffs. *See* 28 U.S.C. § 1332(a).

8. Plaintiffs' pleadings state that they seek relief in an amount of $5,000,000. (Plaintiff's Original Petition, p. 18, ¶51.A.) *See S.W.S. Erectors Inc. v. Infax Inc.*, 72 F.3d 489, 492 (5th Cir. 1996) (removing defendant can rely on plaintiff's statement of amount in controversy); *see also* 28 U.S.C. § 1446(c).

9. Defendant Crete Carrier's notice of removal is timely, as it is filed within 30 days of its being served with a pleading stating a removable case. *Alim v. KBR, Inc.*, No. 13-11094, 2014 U.S. App. LEXIS 10508, at *4 (5th Cir. 2014) (unpub.) (30-day deadline for removal runs from the defendant's receipt of a pleading setting forth a removable claim).

10. Defendant Crete Carrier Corporation is the only named defendant that has been served as of the date of this removal, making the consent of the other defendants to this removal unnecessary. *See* 28 U.S.C. § 1446(b)(2) (requiring consent of all defendants joined and served).

11. Copies of all pleadings, process, orders, and other filings in the state-court suit will be submitted once received to support this notice as required by 28 U.S.C. §1446(a).

12. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending, the 14th Judicial District, is located in this district.

13. Defendants will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

### C. Jury Demand

14. Plaintiffs have demanded a jury trial, but it is not clear from the state court docket if Plaintiffs have paid the jury fee.

### D. Conclusion

15. There is complete diversity of citizenship and the amount in controversy exceeds $75,000. Thus, there is diversity jurisdiction over this matter and removal is proper as set forth herein.

        NAMAN, HOWELL, SMITH & LEE, PLLC

        400 Austin Avenue, 8th Floor
        P. O. Box 1470
        Waco, Texas  76703-1470
        254.755.4100 / Facsimile 254.754.6331


BY: /s/Jordan A. Mayfield
        JORDAN A. MAYFIELD
        State Bar No. 24037051
        mayfield@namanhowell.com
        ROBERT LITTLE
        State Bar No. 24050940
        little@namanhowell.com


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing has been served on counsel of record, on the 2nd day of February, 2018, as follows:

Domingo A. Garcia
Law Offices of Domingo Garcia, P.C.
400 S. Zang Blvd., 6th Floor, Suite 600
Dallas, Texas 75208
dallasoffice@dgley.com
**Certified Mail, Return Receipt Requested**
**No. 7015 3010 0002 0198 5617**


        /s/Jordan A. Mayfield