# EXHIBIT A

| | |
|---|---|
| From: | Jordan Mayfield |
| To: | "Jonathan E. Cheatham" |
| Cc: | Robert Little |
| Subject: | Citizenship of Xpedite |
| Date: | Wednesday, January 09, 2019 11:15:05 PM |
| Attachments: | ShowDocument.aspx.pdf |
| | image001.jpg |

Can you provide me with the citizenship of each of your clients members as well as your driver that is deceased.

cid:image003.jpg@01D42B43.5EAD83E0

EST. 1917
AUSTIN | FORT WORTH | SAN ANTONIO | WACO

Jordan A. Mayfield | Partner
**Naman Howell Smith & Lee, PLLC**
**Attorneys at Law**
**Office:** 254-755-4207
**Cell:** 254-495-6243
**Fax:** 254-754-6331
mayfield@namanhowell.com
400 Austin Ave., Suite 800
Waco, Texas 76701
www.namanhowell.com

| From: | Robert Little |
|---|---|
| To: | "Jonathan E. Cheatham"; Jordan Mayfield |
| Cc: | Marchelle Brooks |
| Subject: | RE: [EXT] Citizenship of Xpedite |
| Date: | Thursday, January 10, 2019 9:26:12 AM |
| Attachments: | 69X0775-FM Memorandum Opinion and Order - Doc. 28.PDF |

Jonathan:

I'm working with Jordan on this matter. What we need to know is what state Ron Beasley and James Ely are citizens of. As the Court points out in the attached order, a natural person is a citizen of whatever state they are domiciled in. So, for a living person, we just need to know the state they live in at the present time. For a deceased person, we just need to know the state they were living in at the time they died.

With respect to Xpedite Logistics, because it is a LLC, we have to list the members of that LLC and the state each one of them lives in. So, we will need both their names and the states of their citizenship.

Please let me or Jordan know if you have any questions. Thanks.

**From:** Jonathan E. Cheatham [mailto:JCheatham@miller-brown.com]
**Sent:** Thursday, January 10, 2019 7:15 AM
**To:** Jordan Mayfield
**Cc:** Robert Little; Marchelle Brooks
**Subject:** Re: [EXT] Citizenship of Xpedite

Jordan,

Ron Beasley (Driver) is a US citizen. Mike Benninghoven (deceased driver) was a US citizen. Xpedite Logistics is a domestic company based in Sapulpa, Oklahoma. Do you need an affidavit? Thanks, JEC

Sent from my iPhone

On Jan 9, 2019, at 11:14 PM, Jordan Mayfield <Mayfield@namanhowell.com> wrote:

> Can you provide me with the citizenship of each of your clients members as well as your driver that is deceased.

EST. 1917
AUSTIN | FORT WORTH | SAN ANTONIO | WACO

Jordan A. Mayfield | Partner
**Naman Howell Smith & Lee, PLLC**
**Attorneys at Law**
**Office:** 254-755-4207
**Cell:** 254-495-6243
**Fax:** 254-754-6331
mayfield@namanhowell.com
400 Austin Ave., Suite 800
Waco, Texas 76701
www.namanhowell.com

Important/Confidential: This communication and any files or documents attached to it are intended only for the use of the person or entity to which it is addressed. It contains information that may be privileged, confidential and exempt from disclosure under applicable law. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you are not the intended recipient of this communication, you are hereby notified that

the copying, distribution or other use of this communication is strictly prohibited. If you have received this communication by mistake, please notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper). Thank you.

| | |
|---|---|
| **From:** | Jonathan E. Cheatham |
| **To:** | Robert Little; Jordan Mayfield |
| **Cc:** | Marchelle Brooks |
| **Subject:** | RE: [EXT] Citizenship of Xpedite |
| **Date:** | Friday, January 11, 2019 8:48:34 AM |

Robert,

I've requested the information you are seeking from Steve Alcorn, the general manager of Xpedite Logistics, LLC. I've requested that he identify the officers of the partnership and their state of residence. I'll pass along this information as soon as I receive it. Thanks, JEC

**From:** Robert Little
**Sent:** Thursday, January 10, 2019 9:26 AM
**To:** Jonathan E. Cheatham ; Jordan Mayfield
**Cc:** Marchelle Brooks
**Subject:** RE: [EXT] Citizenship of Xpedite

Jonathan:

I'm working with Jordan on this matter. What we need to know is what state Ron Beasley and James Ely are citizens of. As the Court points out in the attached order, a natural person is a citizen of whatever state they are domiciled in. So, for a living person, we just need to know the state they live in at the present time. For a deceased person, we just need to know the state they were living in at the time they died.

With respect to Xpedite Logistics, because it is a LLC, we have to list the members of that LLC and the state each one of them lives in. So, we will need both their names and the states of their citizenship.

Please let me or Jordan know if you have any questions. Thanks.

**From:** Jonathan E. Cheatham [mailto:JCheatham@miller-brown.com]
**Sent:** Thursday, January 10, 2019 7:15 AM
**To:** Jordan Mayfield
**Cc:** Robert Little; Marchelle Brooks
**Subject:** Re: [EXT] Citizenship of Xpedite

Jordan,

Ron Beasley (Driver) is a US citizen. Mike Benninghoven (deceased driver) was a US citizen. Xpedite Logistics is a domestic company based in Sapulpa, Oklahoma. Do you need an affidavit? Thanks, JEC

Sent from my iPhone

On Jan 9, 2019, at 11:14 PM, Jordan Mayfield <Mayfield@namanhowell.com> wrote:

> Can you provide me with the citizenship of each of your clients members as well as your driver that is deceased.

EST. 1917
AUSTIN | FORT WORTH | SAN ANTONIO | WACO

**Jordan A. Mayfield**, Partner
**Naman Howell Smith & Lee, PLLC**
**Attorneys at Law**
**Office:** 254-755-4207
**Cell:** 254-495-6243
**Fax:** 254-754-6331
mayfield@namanhowell.com

400 Austin Ave., Suite 800
Waco, Texas 76701
www.namanhowell.com

Important/Confidential: This communication and any files or documents attached to it are intended only for the use of the person or entity to which it is addressed. It contains information that may be privileged, confidential and exempt from disclosure under applicable law. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you are not the intended recipient of this communication, you are hereby notified that the copying, distribution or other use of this communication is strictly prohibited. If you have received this communication by mistake, please notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper). Thank you.

Important/Confidential: This communication and any files or documents attached to it are intended only for the use of the person or entity to which it is addressed. It contains information that may be privileged, confidential and exempt from disclosure under applicable law. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you are not the intended recipient of this communication, you are hereby notified that the copying, distribution or other use of this communication is strictly prohibited. If you have received this communication by mistake, please notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper). Thank you.

| | |
|---|---|
| **From:** | Robert Little |
| **To:** | "Jonathan E. Cheatham"; Jordan Mayfield |
| **Cc:** | Marchelle Brooks |
| **Subject:** | RE: [EXT] Citizenship of Xpedite |
| **Date:** | Friday, January 11, 2019 9:57:29 AM |

Jonathan:

Just to make sure that we're on the same page, the Court has indicated that because Xpedite is an LLC we need to provide the states of residences for each member of that LLC. Just want to make sure that when you say "officers of the partnership" you are getting the residences for each of the members of that LLC. Thanks.

**From:** Jonathan E. Cheatham [mailto:JCheatham@miller-brown.com]
**Sent:** Friday, January 11, 2019 8:47 AM
**To:** Robert Little; Jordan Mayfield
**Cc:** Marchelle Brooks
**Subject:** RE: [EXT] Citizenship of Xpedite

Robert,

I've requested the information you are seeking from Steve Alcorn, the general manager of Xpedite Logistics, LLC. I've requested that he identify the officers of the partnership and their state of residence. I'll pass along this information as soon as I receive it. Thanks, JEC

**From:** Robert Little <Little@namanhowell.com>
**Sent:** Thursday, January 10, 2019 9:26 AM
**To:** Jonathan E. Cheatham <JCheatham@miller-brown.com>; Jordan Mayfield <Mayfield@namanhowell.com>
**Cc:** Marchelle Brooks <MBrooks@miller-brown.com>
**Subject:** RE: [EXT] Citizenship of Xpedite

Jonathan:

I'm working with Jordan on this matter. What we need to know is what state Ron Beasley and James Ely are citizens of. As the Court points out in the attached order, a natural person is a citizen of whatever state they are domiciled in. So, for a living person, we just need to know the state they live in at the present time. For a deceased person, we just need to know the state they were living in at the time they died.

With respect to Xpedite Logistics, because it is a LLC, we have to list the members of that LLC and the state each one of them lives in. So, we will need both their names and the states of their citizenship.

Please let me or Jordan know if you have any questions. Thanks.

**From:** Jonathan E. Cheatham [mailto:JCheatham@miller-brown.com]
**Sent:** Thursday, January 10, 2019 7:15 AM
**To:** Jordan Mayfield
**Cc:** Robert Little; Marchelle Brooks
**Subject:** Re: [EXT] Citizenship of Xpedite

Jordan,

Ron Beasley (Driver) is a US citizen. Mike Benninghoven (deceased driver) was a US citizen. Xpedite Logistics is a domestic company based in Sapulpa, Oklahoma. Do you need an affidavit? Thanks, JEC

Sent from my iPhone

On Jan 9, 2019, at 11:14 PM, Jordan Mayfield <Mayfield@namanhowell.com> wrote:

Can you provide me with the citizenship of each of your clients members as well as your driver that is deceased.

EST. 1917
AUSTIN | FORT WORTH | SAN ANTONIO | WACO

Jordan A. Mayfield | Partner
**Naman Howell Smith & Lee, PLLC**
**Attorneys at Law**
**Office:** 254-755-4207
**Cell:** 254-495-6243
**Fax:** 254-754-6331
mayfield@namanhowell.com
400 Austin Ave., Suite 800
Waco, Texas 76701
www.namanhowell.com

Important/Confidential: This communication and any files or documents attached to it are intended only for the use of the person or entity to which it is addressed. It contains information that may be privileged, confidential and exempt from disclosure under applicable law. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you are not the intended recipient of this communication, you are hereby notified that the copying, distribution or other use of this communication is strictly prohibited. If you have received this communication by mistake, please notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper). Thank you.

Important/Confidential: This communication and any files or documents attached to it are intended only for the use of the person or entity to which it is addressed. It contains information that may be privileged, confidential and exempt from disclosure under applicable law. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you are not the intended recipient of this communication, you are hereby notified that the copying, distribution or other use of this communication is strictly prohibited. If you have received this communication by mistake, please notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper). Thank you.

| | |
|---|---|
| **From:** | Jonathan E. Cheatham |
| **To:** | Robert Little; Jordan Mayfield |
| **Cc:** | Marchelle Brooks |
| **Subject:** | RE: [EXT] Citizenship of Xpedite |
| **Date:** | Friday, January 11, 2019 1:26:51 PM |

Yes, I understood it to mean members of the LLC; I'm waiting to hear back from the GM for Xpedite; he is usually very responsive and I've let him know the information is needed quickly. Thanks, JEC

**From:** Robert Little
**Sent:** Friday, January 11, 2019 9:57 AM
**To:** Jonathan E. Cheatham ; Jordan Mayfield
**Cc:** Marchelle Brooks
**Subject:** RE: [EXT] Citizenship of Xpedite

Jonathan:

Just to make sure that we're on the same page, the Court has indicated that because Xpedite is an LLC we need to provide the states of residences for each member of that LLC. Just want to make sure that when you say "officers of the partnership" you are getting the residences for each of the members of that LLC. Thanks.

**From:** Jonathan E. Cheatham [mailto:JCheatham@miller-brown.com]
**Sent:** Friday, January 11, 2019 8:47 AM
**To:** Robert Little; Jordan Mayfield
**Cc:** Marchelle Brooks
**Subject:** RE: [EXT] Citizenship of Xpedite

Robert,

I've requested the information you are seeking from Steve Alcorn, the general manager of Xpedite Logistics, LLC. I've requested that he identify the officers of the partnership and their state of residence. I'll pass along this information as soon as I receive it. Thanks, JEC

**From:** Robert Little <Little@namanhowell.com>
**Sent:** Thursday, January 10, 2019 9:26 AM
**To:** Jonathan E. Cheatham <JCheatham@miller-brown.com>; Jordan Mayfield <Mayfield@namanhowell.com>
**Cc:** Marchelle Brooks <MBrooks@miller-brown.com>
**Subject:** RE: [EXT] Citizenship of Xpedite

Jonathan:

I'm working with Jordan on this matter. What we need to know is what state Ron Beasley and James Ely are citizens of. As the Court points out in the attached order, a natural person is a citizen of whatever state they are domiciled in. So, for a living person, we just need to know the state they live in at the present time. For a deceased person, we just need to know the state they were living in at the time they died.

With respect to Xpedite Logistics, because it is a LLC, we have to list the members of that LLC and the state each one of them lives in. So, we will need both their names and the states of their citizenship.

Please let me or Jordan know if you have any questions. Thanks.

**From:** Jonathan E. Cheatham [mailto:JCheatham@miller-brown.com]
**Sent:** Thursday, January 10, 2019 7:15 AM
**To:** Jordan Mayfield

**Cc:** Robert Little; Marchelle Brooks
**Subject:** Re: [EXT] Citizenship of Xpedite

Jordan,

Ron Beasley (Driver) is a US citizen. Mike Benninghoven (deceased driver) was a US citizen. Xpedite Logistics is a domestic company based in Sapulpa, Oklahoma. Do you need an affidavit? Thanks, JEC

Sent from my iPhone

On Jan 9, 2019, at 11:14 PM, Jordan Mayfield <Mayfield@namanhowell.com> wrote:

> Can you provide me with the citizenship of each of your clients members as well as your driver that is deceased.

EST. 1917
AUSTIN | FORT WORTH | SAN ANTONIO | WACO

**Jordan A. Mayfield | Partner**
**Naman Howell Smith & Lee, PLLC**
**Attorneys at Law**
**Office:** 254-755-4207
**Cell:** 254-495-6243
**Fax:** 254-754-6331
mayfield@namanhowell.com
400 Austin Ave., Suite 800
Waco, Texas 76701
www.namanhowell.com

Important/Confidential: This communication and any files or documents attached to it are intended only for the use of the person or entity to which it is addressed. It contains information that may be privileged, confidential and exempt from disclosure under applicable law. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you are not the intended recipient of this communication, you are hereby notified that the copying, distribution or other use of this communication is strictly prohibited. If you have received this communication by mistake, please notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper). Thank you.

Important/Confidential: This communication and any files or documents attached to it are intended only for the use of the person or entity to which it is addressed. It contains information that may be privileged, confidential and exempt from disclosure under applicable law. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you are not the intended recipient of this communication, you are hereby notified that the copying, distribution or other use of this communication is strictly prohibited. If you have received this communication by mistake, please notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper). Thank you.

Important/Confidential: This communication and any files or documents attached to it are intended only for the use of the person or entity to which it is addressed. It contains information that may be privileged, confidential and exempt from disclosure under applicable law. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you are not the intended recipient of this communication, you are hereby notified that the copying, distribution or other use of this communication is strictly prohibited. If you have received this communication by mistake, please notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper). Thank you.